IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

PATRICK REYNOLD WELCH, JR.,
)
)
Plaintiff, )
)
v. ) CV 126-006
)
MR. MITCHELL; MS. HARRELL; MS. JOHNSON; MS. NEWSOME; MR. COLLIER; MS. COWART; MR. FERN; MS. KIM CLARK; MR. CLAY BROOK; MR. EILLISON; MR. ATKINS; and MR. EUGENE BRANTLEY,
)
)
Defendants. )

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. The Court also notes that since the Report and Recommendation was entered, the Court has received returned mail indicating Plaintiff is no longer at the address he provided. (Doc. no. 12.) Plaintiff was directed in the Court's February 6, 2026 Order to immediately inform the Court of any change in address, and he was told that the failure to do so would result in dismissal of this case. (Doc. no. 6, p. 3.) As the Court explained in the Report and Recommendation, it has the authority to manage its docket to resolve cases, particularly when a party fails to comply with a court order. (Doc. no. 10, p. 2.) Here, Plaintiff's failure to keep the Court informed of his address is a direct violation of the Court's February 6th Order and saddles the Court with a stagnant

case in which no communication with Plaintiff seems possible. Therefore, in addition to the reasons discussed in the Report and Recommendation, dismissal for want of prosecution is also appropriate.

Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 3rd day of September, 2026, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA